# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL ESTRADA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CASE NO. 1:21-cv-02331-AT** |
| ) | |
| **DISCOUNT AUTO PARTS, LLC,** ) | |
| **a foreign limited liability company,** ) | |
| **d/b/a ADVANCE AUTO PARTS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT DISCOUNT AUTO PARTS, LLC.'S
## NOTICE OF SETTLEMENT

Defendant, DISCOUNT AUTO PARTS LLC d/b/a ADVANCE AUTO PARTS, through its undersigned counsel, hereby advises the Court that the parties have reached an amicable settlement of this matter. Upon finalization of the settlement documents, the parties will file a Stipulation for Dismissal with Prejudice with the Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 11th day of August, 2021.

>Respectfully submitted,
>
>*/s/ Evan M. Rosen*
>Evan M. Rosen
>Georgia Bar No. 649716
>JACKSON LEWIS P.C.
>171 17th Street NW
>Suite 1200
>Atlanta, Georgia 30363
>Tel: (404) 525-8200
>Fax: (404) 525-1173
>evan.rosen@jacksonlewis.com
>
>ATTORNEYS FOR DEFENDANT

## **CERTIFICATION**

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

>*/s/ Evan M. Rosen*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Matthew N. Pope, Esquire, Matthew N. Pope, P.C., 900 2nd Avenue, P.O. Box 2624, Columbus, GA 31902.

*/s/ Evan M. Rosen*
Evan M. Rosen